## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Debra Huron and Laura Wright, *on behalf of themselves and all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> Jo-Ann Stores, Inc., <br><br> Defendant. | Civil Action No.: 1:16-cv-03493-RBK-AMD |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 1, 2017

Respectfully submitted,

By: /s/ Sofia Balile

Sofia Balile, Esq.
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Phone: (917) 981-0849
Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 1, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By /s/ Sofia Balile_____

                                             Sofia Balile